THE FIFTH AVENUE BUILDING COMPANY, Appellant, *v.* J. FREDERIC KERNOCHAN, as Executor of EDWARD M. KNOX, Deceased, Respondent.

(Submitted November 12, 1917; decided November 20, 1917.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 221 N. Y. 370.)

In the Matter of ROBERT J. HAIRE, an Attorney, Appellant.
ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Haire*, 175 App. Div. 847, appeal dismissed.
(Submitted November 12, 1917; decided November 20, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1917, disbarring the appellant herein from practice as an attorney and counselor at law in the state of New York.

The motion was made upon the ground of failure to file the required return.

*Einar Chrystie* for motion.

No one opposed.

Motion granted.